445-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NOVOSHIP (UK) LTD.,

      Plaintiff,

 -against -

SURAMERICANA DE TRANSPORTE
PETROLERO C.A.,
      Defendant.
-------------------------------------------------------------x

07 CV _____ ( __ )

**RULE 7.1 STATEMENT**

The Plaintiff, NOVOSHIP (UK) LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
   October 4, 2007

            FREEHILL HOGAN & MAHAR, LLP
            Attorneys for Plaintiff

   By: _____
        Peter J. Gutowski (PG 2200)
        Pamela L. Schultz (PS 8675)
        80 Pine Street, New York, NY 10005
        Telephone: (212) 425-1900
        Facsimile: (212) 425-1901

NYDOCS1/291295.1