ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/07

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**
DANIEL J. FITZGERALD*†▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

December 21, 2007

Our ref: 445-07/GEES

RECEIVED
DEC 21 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

<u>Via Fax No: 212 805 7901</u>
The Honorable Harold Baer, Jr.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Room 2230
New York, New York 10007

      RE: NOVOSHIP (UK) LTD. v. SURAMERICANA DE
           TRANSPORTE PETROLERO C.A.
           07 CV 8627 (HB)

Dear Judge Baer:

      We represent the Plaintiff in the captioned action and write to request an adjournment of the conference scheduled for December 27, 2007 at 3:15 P.M. This is our first request for such relief.

      By way of background, this matter involves a maritime attachment pursuant to Supplemental Rule B seeking security for its claims which are subject to London arbitration. Plaintiff has thus far not been successful in attaching any assets of the Defendant, but efforts to do so are continuing, and to our knowledge the Defendant is not represented here. Additionally, as the merits in the matter will be decided in London arbitration, discovery will not be conducted in these proceedings. Accordingly, we submit that the conference on December 27 would be of little benefit to the Court. Further, both counsel responsible for the matter on behalf of the Plaintiff will be unable to attend the conference on this date due to the holiday season.

NYDOCS1/296038.1

2

For the reasons set forth above, we respectfully request an adjournment of the conference for an additional 30 days. We thank the Court for its consideration to this request.

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP

PLS:lu

Pamela L. Schultz

2/28/08 at 3:30 but only if you boys have made progress — if not will be adjourned sine die but not likely again

ORDERED:
Harold Baer, Jr., U.S.D.J.
12/26/07

NYDOCS1/296038.1

Endorsement:

    2/28/08 at 3:30 but only if you have made some progress otherwise we will adjourn once more but not likely again.