GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*~
DANIEL J. FITZGERALD*†▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
~ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF

## FREEHILL HOGAN & MAHAR LLP

80 PINE STREET

NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4539
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 359-8377

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

February 27, 2008

Our ref: 445-07/PJG/PLS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

**Via Fax No: 212 805 7901**
The Honorable Harold Baer, Jr.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Room 2230
New York, New York 10007

RE:    NOVOSHIP (UK) LTD. v. SURAMERICANA DE
       TRANSPORTE PETROLERO C.A.
       07 CV 8627 (HB)
-------------------------------------------------------------

Dear Judge Baer:

We represent the Plaintiff in the captioned action and write to request an adjournment of the conference scheduled for February 28, 2008 at 3:30 P.M. This is our second request for such relief.

By way of background, this matter involves a maritime attachment pursuant to Supplemental Rule B seeking security for its claims which are subject to London arbitration. Plaintiff has thus far not been successful in attaching any assets of the Defendant, but efforts to do so are continuing. To our knowledge the Defendant is not represented here and will not be in attendance at the conference. Additionally, as the merits in the matter will be decided in London arbitration, discovery will not be conducted in these proceedings. Accordingly, we submit that the conference on conference would be of little benefit to the Court.

NYDOCS1/299644.1

2

For the reasons set forth above, we respectfully request an adjournment of the conference for an additional 60 days while our clients consider whether to continue with the action pending here. We thank the Court for its consideration to this request.

Respectfully submitted,

FREEHILL HOGAN & MAHAR, LLP

*Pamela L. Schultz*

Pamela L. Schultz

*[handwritten annotation]* I will grant the 60 day adjournment to April 21 rather at 2PM but insist that certain your clients make a decision if there is no certain change in status of suspense will be my suspense w/o prejudice 60-90 day calendar such matter dismissed thereafter

SO ORDERED

*[signature]*

Harold Baer

Date 2/21/08

NYDOCS1/299644.1

Endorsement:

    I will grant the 60 day adjournment to April 17th at 2 PM
but I am rather certain that regardless of your client's
predilection the matter if there is no change in status will be
placed on my suspense calendar and dismissed within 60-90 days
thereafter.