445-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

RECEIVED
MAY -- 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NOVOSHIP (UK) LTD.,

              Plaintiff,

-against-

SURAMERICANA DE TRANSPORTE
PETROLERO C.A.,

              Defendant.
------------------------------------------------------------x

07 CV 8627 (HB)

NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)
AND VOLUNTARY
WITHDRAWAL OF
ATTACHMENT

The above entitled action is hereby discontinued without prejudice on application of the Plaintiff pursuant to Fed. R. Civ. 41(a)(1), the Defendant not having appeared, filed an answer nor filed a motion for summary judgment, and the Process of Maritime Attachment and Garnishment issued in this action pursuant to Supplemental Rule B is hereby withdrawn and cancelled.

Dated: New York, New York
       May 9, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff

By: _____
    Pamela L. Schultz (PS 8675)
    80 Pine Street
    New York, NY 10005
    (212) 425-1900
    (212) 425-1901 fax

SO ORDERED

_____
U.S.D.J.

NYDOCS1/304410.1